JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
BRYCE B. ELLSWORTH, IDAHO STATE BAR NO. 8254
ASSISTANT UNITED STATES ATTORNEY
APRIL SMITH, IDAHO STATE BAR NO. 7009
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

U.S. COURTS
JAN 18 2023
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHANE MICHAEL BOHN, <br><br> Defendant. | Case No. CR 23-016 DCN <br><br> **INDICTMENT** <br><br> 18 U.S.C. §§ 922(g)(1) and 924(d) |

The Grand Jury charges:

COUNT ONE

**Unlawful Possession of Firearms**
**18 U.S.C. §§ 922(g)(1) and 924(a)(2)**

On or between October of 2022 and November 30, 2022, in the District of Idaho, the Defendant, SHANE MICHAEL BOHN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to-wit: Aggravated Assault, in the District Court of the Second Judicial District of the State of Idaho, in case number CR 12-8637; did knowingly possess in and affecting commerce firearms, to wit: a .40 Smith and Wesson

**INDICTMENT** - 1

handgun with serial number HFB3784, and a Ruger 10-22 semiautomatic rifle with serial number 12227770, said firearms having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## CRIMINAL FORFEITURE ALLEGATION
### Firearm Forfeiture
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

Upon conviction of the offenses alleged in Count One of this Indictment, the Defendant, SHANE MICHAEL BOHN, shall forfeit to the United States, any firearms or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

1. <u>Seized Property.</u>

    a. .40 Smith and Wesson handgun with serial number HFB3784,

    b. Ruger 10-22 semiautomatic rifle with serial number 12227770

    c. Associated ammunition

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the Defendant" up to the value of the Defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty.

INDICTMENT - 2

Dated this 18th day of January, 2023.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

_____
BRYCE B. ELLSWORTH
ASSISTANT UNITED STATES ATTORNEY

_____
APRIL A. SMITH
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 3